# IN THE UNITED STATES DISTRICT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY, | : <br> : <br> : CIVIL ACTION |
| Plaintiff, | : <br> : |
| v. | : <br> : NO. 05-281 |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | : <br> : <br> : |
| Defendant. | : |

## ORDER

**AND NOW**, this *20th* day of *January*, 2011, upon consideration of Plaintiff Nationwide Life Insurance Company's Motion *in Limine* to Exclude the expert report and testimony of Defendant Commonwealth Land Title Insurance Company's expert J. Bush Nielsen (Docket No. 40) and the Response of Defendant Commonwealth Land Title Insurance Company, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Sections I and II of Mr. Nielsen's Report under the heading "Opinions" shall be excluded as impermissible conclusions of law;

2. The remainder of Mr. Nielsen's Report shall be deemed admissible.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.