**IN THE UNITED STATES DISTRICT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY, | : | |
| | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 05-281 |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *23rd* day of *March*, 2011, upon consideration of Defendant Commonwealth Land Title Insurance Company's Motion for Reconsideration or, in the Alternative, for Certification of Interlocutory Appeal (Docket No. 63), and Plaintiff Nationwide Life Insurance Company's Response (Docket No. 64), it is hereby **ORDERED** as follows:

1.  Defendant's Motion for Reconsideration is **DENIED**;

2.  Defendant's request to certify the Court's February 17, 2011 Memorandum and Order for interlocutory appeal is **GRANTED**, and the Court certifies the following question as a controlling question of law, as to which there is a difference of opinion, and as to which an immediate appeal will expedite the resolution of the litigation:

> Whether the American Land Title Association 9 Endorsement provides title insurance coverage for whole instruments listed in Schedule B or whether the scope of coverage is limited to particular types of encumbrances.

It is **FURTHER ORDERED** that the proceedings in this case are stayed pending interlocutory appeal.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.